On respondent's motion for reconsideration filed April 2, reconsideration allowed; opinion (111 Or App 396, 823 P2d 1041 (1992)) withdrawn; convictions affirmed and remanded for resentencing June 2, 1993

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT LARRY SWICEGOOD,
*Appellant.*

(10-90-03123D; CA A66096)

852 P2d 282

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, for motion.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Motion for reconsideration allowed; opinion withdrawn; convictions affirmed and remanded for resentencing. *State v. Ferrell,* 315 Or 213, 843 P2d 939 (1992).